HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
MAZIYAR KHADEMI-ASTANEH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MAZIYAR KHADEMI-ASTANEH & XIA LEE, <br><br> Defendants. | Case No. 2:18-CR-0243 AC <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: January 7, 2019 <br> Time: 9:00 a.m. <br> Judge: Hon. Allison Claire |

It is hereby stipulated and agreed between defendants, Maziyar Khademi-Astaneh & Xia Lee, and plaintiff, United States of America, that the status conference scheduled for January 7, 2019, may be continued to February 4, 2019, at 9:00 a.m.

The government recently provided discovery to defense counsel, both of whom seek additional time to review discovery, consult with their clients, conduct necessary investigation, and determine how best to proceed. The parties therefore ask the Court to continue the status conference to February 4, 2019, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The

-1-

parties agree that the interests of justice to be served by this continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to so find.

                                                  Respectfully Submitted,

                                                  HEATHER E. WILLIAMS
Federal Defender

Dated: January 3, 2019                    /s/ T. Zindel
                                                 TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MAZIYAR KHADEMI-ASTANEH

Dated: January 3, 2019                    /s/ T. Zindel for D. Olsen
                                                 DANIEL LARS OLSEN
Attorney for XIA LEE

                                                 McGREGOR SCOTT
United States Attorney

Dated: January 3, 2019                    /s/ T. Zindel for E. Chang
                                                 ERIC CHANG
Special Assistant U.S. Attorney

# O R D E R

The status conference set for January 7, 2019, is continued to February 4, 2019, at 9:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 4, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January 4, 2019.

                                                 ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE