UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-cr-00243-AC |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS |
| | ) | DEFENDANT XIA LEE (ONLY) |
| v. | ) | |
| | ) | |
| MIZAYAR KHADEMI-ASTANEH, | ) | DATE:  February 4, 2019 |
| MOLLY L. THAO, and | ) | TIME:   9:00 a.m. |
| XIA LEE, | ) | JUDGE: Hon. Allison Claire |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Count One and Three of the Information as to defendant, Xia Lee, in Case Number 2:18-cr-00243-AC without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: February 1, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE