UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIZAYAR KHADEMI-ASTANEH,<br>MOLLY L. THAO, and<br>XIA LEE,<br><br>    Defendants. | 2:18-cr-00243-AC<br><br>[~~Proposed~~] ORDER TO DISMISS<br>DEFENDANT XIA LEE (ONLY)<br><br>DATE:  February 4, 2019<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Count One and Three of the Information as to defendant, Xia Lee, in Case Number 2:18-cr-00243-AC without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: February 1, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE